UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re WORLDSPACE, INC. SECURITIES LITIGATION | : : : : : | x<br>No. 07 Civ 02252 (RMB)<br><br>ECF Case |

LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the attached exhibits, the prior memorandum of law in support of the unopposed motion for preliminary approval of the settlement, and all prior proceedings had herein, Lead Plaintiff, by and through its attorneys, hereby moves the Court, before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order granting preliminary approval of the proposed settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e).

Dated:  January 24, 2013	**ABRAHAM, FRUCHTER & TWERSKY, LLP**
	JACK G. FRUCHTER
	LAWRENCE D. LEVIT

	s/Jack G. Fruchter
	    Jack G. Fruchter

	One Pennsylvania Plaza, Suite 2805
	New York, NY  10119
	Telephone:  212/279-5050
	212/279-3655 (fax)
	*jfruchter@aftlaw.com*
	*llevit@aftlaw.com*

	*Lead Counsel for Plaintiffs*

-1-

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2013

                                                    s/Lawrence D. Levit
                                                        Lawrence D. Levit

ABRAHAM, FRUCHTER & TWERSKY, LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)
*llevit@aftlaw.com*

*Lead Counsel for Plaintiffs*