UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――― x

In re WORLDSPACE, INC. SECURITIES :   No. 07 Civ. 02252 (RMB)
LITIGATION
                                                       :   CLASS ACTION
――――――――――――――――――――――――――――

This Document Relates To:                  :   ECF Case

    ALL ACTIONS.                                    :

――――――――――――――――――――――――――――  :

## LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND AWARD OF ATTORNEYS' FEES AND EXPENSES

PLEASE TAKE NOTICE that upon: (i) the Declaration of Lawrence D. Levit affirmed on May 1, 2013; (ii) the Declaration of Jack G. Fruchter affirmed on May 1, 2013, (iii) the Stipulation and Agreement dated October 11, 2012 and the Exhibits annexed thereto, (iv) Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, (v) Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses, (vi) Declaration of Jennifer M. Keough Re Notice Dissemination and Publication dated April 30, 2013, and (vii) all other proceedings herein, Lead Plaintiff will move this Court, before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on May 22, 2013, at 9:00 a.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure (1) finally approving the settlement of the above-captioned litigation, (2) approving the Plan of Allocation of settlement proceeds, and (3) awarding Lead Counsel attorneys' fees of 25% of the Settlement Fund, plus expenses and charges in the litigation.

DATED: May 1, 2013 Respectfully submitted,

**ABRAHAM FRUCHTER & TWERSKY LLP**
JACK G. FRUCHTER
LAWRENCE D. LEVIT
ARTHUR J. CHEN

s/ Lawrence D. Levit
_____
LAWRENCE D. LEVIT
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)
jfruchter@aftlaw.com
llevit@aftlaw.com
achen@aftlaw.com

**Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2013

                                                      s/ Lawrence D. Levit
                                                   LAWRENCE D. LEVIT