USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re WORLDSPACE, INC.
SECURITIES LITIGATION

No. 07 Civ. 02252 (RMB)
ECF Case

~~[PROPOSED]~~ FINAL JUDGMENT DISMISSING ACTION WITH PREJUDICE

RMB

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Now that at least 80% of the Settlement Fund has been distributed to the Class, Attorneys' fees and expenses in the amounts previously approved by the Court can be distributed as provided by the parties' Stipulation and Agreement dated October 11, 2012 (the "Stipulation").

2. The Court approves the Claims Administrator's request for fees and expenses in the total amount of $146,553.99*, which can be distributed to the Claims Administrator.

3. As provided in the Stipulation, any balance in the Net Settlement Fund after the initial distribution shall, if feasible, be reallocated among Authorized Claimants. Any balance remaining thereafter in the Net Settlement Fund shall be donated among the following: Securities Arbitration Clinics or shareholder assistance programs at Brooklyn Law School, New York University School of Law and New York Law School.

4. This action is dismissed with prejudice. The Clerk is respectfully requested to close civil cases: 07 Civ 02252; 07 Civ 2355; 07 Civ 2399; 07 Civ 2768 + 07 Civ 3109

DATED: 9/9/13

RMB

THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

* minus $62,283.65 previously paid RMB